UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 44947
  HEIDI L RUDA

                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-9883


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 10/06/05 and confirmed on 02/02/06.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $   6277.00 .

   4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DEUTSCHE BANK NATL TRUST | CURRENT MORTG | .00 | .00 | .00 |
| DEUTSCHE BANK NATL TRUST | MORTGAGE ARRE | 1001.40 | .00 | 1001.40 |
| AMEX | UNSECURED | NOT FILED | .00 | .00 |
| AMEX | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | 2403.13 | .00 | 240.31 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| BOLINGBROOK FOOT SPECIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1721.71 | .00 | 172.17 |
| CB&T | UNSECURED | NOT FILED | .00 | .00 |
| CHIROPRACTIC CHICAGO LTD | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1793.53 | .00 | 179.35 |
| GEVALIA KAFFE IMPORT SRV | UNSECURED | NOT FILED | .00 | .00 |
| GUTHYRENKER | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS AMERICAN WATER | UNSECURED | NOT FILED | .00 | .00 |
| JOHN P MCNAMARA DDS MS | UNSECURED | 400.00 | .00 | 40.00 |
| M MICHAEL FORTON MD | UNSECURED | NOT FILED | .00 | .00 |

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NAPERVILLE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 158.16 | .00 | 15.82 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4585.94 | .00 | 458.59 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SKO BRENNER AMERICAN | UNSECURED | NOT FILED | .00 | .00 |
| SURGICAL PRACTICE LTD | UNSECURED | NOT FILED | .00 | .00 |
| THE PRIVATE BANK | UNSECURED | NOT FILED | .00 | .00 |

```
UNITED HEALTH CARE          UNSECURED      NOT FILED              .00           .00
WOMENS GROUP OF NORTHWES UNSECURED         NOT FILED              .00           .00
DEUTSCHE BANK NATL TRUST SECURED                 .00              .00           .00
DEUTSCHE BANK NATL TRUST MORTGAGE ARRE    623.02                  .00        623.02
            Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED        OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    1624.42          .00     11062.47          .00     12686.89
PRINCIPAL PAID        1624.42          .00      1106.24          .00      2730.66
INTEREST PAID             .00          .00           .00         .00          .00
TOTAL PAID            1624.42          .00      1106.24          .00      2730.66
```

The Debtor's attorney,  ZALUTSKY & PINSKI            , was allowed $    3362.50
and was paid $      86.00  direct and $    3276.50  through the plan.

The Trustee received $     267.26 .

Refunds to the Debtor totaled $       2.58 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 12/10/08                  /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE